■ In the Matter of CHARLES WILLE, Appellant, v ROBERT J. HENDERSON, as Superintendent of Auburn Correctional Facility, Respondent.—Judgment unanimously affirmed. (See *People ex rel. Jones v Vincent,* 45 AD2d 1044; *People v Johnson,* 43 AD2d 878.) (Appeal from judgment of Cayuga Supreme Court—article 78.) Present—Marsh, P. J., Mahoney, Dillon, Goldman and Witmer, JJ.